# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GADALA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWITTER, INC. and TEKSYSTEMS, INC.,<br><br>Defendants. | Case No.: 3:23-cv-01595-JSC<br><br>*Assigned to Hon. Jacqueline Scott Corley, Crtrm. 8*<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS PROPOSED CLASS CLAIMS, ARBITRATE PLAINTIFF'S INDIVIDUAL CLAIMS AND STAY ACTION<br><br>Complaint Filed: April 4, 2023 |

Having considered the parties' Stipulation to Dismiss Putative Class Claims, Arbitrate Plaintiff's Individual Claims and Stay Action ("Stipulation"), it is hereby ordered that:

1. Plaintiff's putative class claims in this action are hereby dismissed without prejudice as to all unnamed putative class members;

2. The parties shall arbitrate Plaintiff's individual claims against Defendants TEKsystems, Inc. and Twitter, Inc. in this action before JAMS pursuant to the terms of the Mutual Arbitration Agreement attached to the Stipulation as **Exhibit A**;

3. Plaintiff shall only be required to pay the JAMS arbitration filing fee up to the amount she would pay to initiate an action in this Court;

4. Defendants shall be required to pay all other costs of arbitration; and

5. The instant action is hereby stayed pending completion of the arbitration.

DATED: May 15, 2023

*Jacqueline Scott Corley*
Hon. Jacqueline Scott Corley
United States District Court Judge