LICHTEN & LISS-RIORDAN, P.C.
Shannon Liss-Riordan, Bar No. 310719
sliss@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: +1.617.994.5800
Fax: +1.617.994.5801

Attorneys for Plaintiff
CHRISTINA GADALA

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

Attorneys for Defendant
X CORP. f/k/a TWITTER, INC.

THOMPSON COBURN LLP
Michael S. Kun (SBN 208684)
mkun@thompsoncoburn.com
10100 Santa Monica Blvd., Suite 500
Los Angeles, CA 90067
Tel:    +1.310.282.2567
Fax:    +1.310.282.2501

Attorneys for Defendant
TEKSYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GADALA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., and TEKSYSTEMS, INC.,<br><br>Defendants. | Case No.: 3:23-cv-01595-JSC<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT** |

1    Plaintiff Christina Gadala ("Plaintiff"), Defendants X Corp., on its own behalf and as

2    successor in interest to Defendant Twitter, Inc. ("Twitter"), and Defendant TEKsystems, Inc.

3    ("TEKsystems") (Twitter and TEKsystems shall collectively be referred to as "Defendants," and

4    Plaintiff and Defendants shall collectively be referred to as the "Parties"), by and through their

5    undersigned counsel, hereby state as follows:

6    1.    On August 21, 2025, Plaintiff and Twitter reached a settlement in principle

7    regarding Plaintiff's claims in this action.

8    2.    Plaintiff and Twitter are working to finalize the settlement. The settlement will

9    resolve Plaintiff's claims against all Defendants.

10    3.    The Parties anticipate that the settlement agreement will be finalized by the end of

11    February 2026.

12    WHEREFORE, the Parties respectfully request that the Court grant them until March 10,

13    2026 to file a stipulated dismissal pursuant to Rule 41.

14

15    Respectfully submitted,
CHRISTINA GADALA

16

17    /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719

18    LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000

19    Boston, MA 02116
(617) 994-5800

20    email:  sliss@llrlaw.com

21    Respectfully submitted,

22    X CORP. as successor in interest to
TWITTER, INC.

23

24    /s/ Eric Meckley
Eric Meckley, SBN 168181

25    Brian D. Berry, SBN 229893
MORGAN, LEWIS, & BOCKIUS LLP

26    One Market, Spear Street Tower
Francisco, CA 94105

27    (415) 442-1000
email:  eric.meckley@morganlewis.com;

28    email:  brian.berry@morganlewis.com

JOINT STATUS REPORT REGARDING
SETTLEMENT
CASE NO. 3:23-CV-01595-JSC

1

2

Respectfully submitted,

TEKsystems, Inc.

3

*/s/ Michael S. Kun*

Michael S. Kun (SBN 208684)

4

THOMPSON COBURN LLP

10100 Santa Monica Blvd., Suite 500

5

Los Angeles, CA 90067

(310) 282-2567

6

Email:  mkun@thompsoncoburn.com

7

8

Dated:        October 30, 2025

9

10

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that all other signatories

11

listed, and on whose behalf this filing is submitted, concur in the document's content, and have

12

authorized the filing.

13

14

*/s/ Shannon Liss-Riordan*

Shannon Liss-Riordan

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT REGARDING
SETTLEMENT
CASE NO. 3:23-CV-01595-JSC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document

was served on Defendants' counsel via the CM/ECF system on October 30, 2025.

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan

JOINT STATUS REPORT REGARDING
SETTLEMENT
CASE NO. 3:23-CV-01595-JSC